**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Herbert ABRAHAM, Respondent.**

No. 62.

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1940.

L. W. Post, Sp. Asst. to Atty. Gen., for petitioner.

Milton J. Levitt, of New York City, for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order reversed on authority of Helvering v. Clifford, 309 U.S. 331, 60 S.Ct. 554, 84 L.Ed. 788.

---

**ZURICH GENERAL ACCIDENT & LIABILITY INSURANCE COMPANY, Limited, Appellant, v. H. A. BRISCOE et al. (May Harris Briscoe, Administratrix, etc., and Anna Mothershead, Surviving Wife of J. M. Mothershead, Deceased, et al., Substituted in the Place and Stead of Appellees, H. A. Briscoe and J. M. Mothershead, Deceased), Appellees.**

No. 9440.

Circuit Court of Appeals, Fifth Circuit.

Nov. 20, 1940.

Jas. L. Abney and J. F. Whitelaw, both of Brownsville, Tex., for appellant.

P. G. Greenwood and J. M. Mothershead, both of Harlingen, Tex., for appellees.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

In the above numbered and entitled cause comes the appellant, by its counsel, J. F. Whitelaw, Esq., and the appellees, by their counsel, P. G. Greenwood, Esq., and file a joint stipulation to modify the judgment of the trial court, in that appellees jointly recover of and from appellant the sum of $5,500, and, as thus modified, in all things affirm the judgment of the trial court at the cost of the appellant.

Pursuant to said stipulation, it is ordered and adjudged by this court, that the judgment appealed from be, and it is hereby, modified in conformity with said stipulation.

It is further ordered that the mandate of this court shall issue forthwith.

---

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner, v. Carleton H. PALMER, Respondent.**

No. 76.

Circuit Court of Appeals, Second Circuit.

Nov. 18, 1940.

L. W. Post, Sp. Asst. to Atty. Gen., for petitioner.

Roswell L. Gilpatric, of New York City, for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Order affirmed on the authority of Commissioner v. Branch, 1 Cir., 114 F.2d 985.